```
McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2723

Attorneys for Plaintiff
United States of America
```



**FILED**

AUG 1 9 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-cv-01905-JAM-DAD |
| Plaintiff, | ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM* |
| v. | |
| APPROXIMATELY $7,236.00 IN U.S. CURRENCY, | |
| TWO (2) $1,000.00 MONEYGRAM INTERNATIONAL MONEY ORDERS, AND | |
| SIXTY EIGHT (68) ONE-OUNCE GOLD BARS, | |
| Defendant. | |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on August 14, 2008, in the United States District Court for the Eastern District of California, alleging that the defendant Approximately $7,236.00 in U.S. Currency, Two (2) $1,000.00 MoneyGram International Money Orders and Sixty Eight (68) one-ounce gold bars (hereafter "defendant assets") are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. § 841 *et seq.*;

1  And, the Court being satisfied that, based on the Verified
2  Complaint for Forfeiture *In Rem* and the affidavit of Drug
3  Enforcement Administration Task Force Officer Chou Vang, there is
4  probable cause to believe that the defendant assets so described
5  constitute property that are subject to forfeiture for such
6  violation(s), and that grounds for issuance of a Warrant for
7  Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of
8  the Supplemental Rules for Admiralty or Maritime Claims and Asset
9  Forfeiture Actions;

10  IT IS HEREBY ORDERED that the Clerk for the United States
11  District Court, Eastern District of California, shall issue a
12  Warrant for Arrest of Articles *In Rem* for the defendant assets.
13  Dated: 8/19/08

_____
DALE A. DROZD
United States Magistrate Judge