```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:08-cv-01905-JAM-DAD |
|---|---|---|
| Plaintiff, | ) | **APPLICATION AND ORDER FOR PUBLICATION** |
| v. | ) | |
| APPROXIMATELY $7,236.00 IN U.S. CURRENCY, | ) | |
| TWO (2) $1,000.00 MONEYGRAM INTERNATIONAL MONEY ORDERS, AND | ) | |
| SIXTY EIGHT (68) ONE-OUNCE GOLD BARS, | ) | |
| Defendant. | ) | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

    1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation, designated by order of the Court;

/////

1  2.   Local Rule 83-171, Eastern District of California,
2 provides that the Court shall designate by order the appropriate
3 newspaper for publication;
4  3.   The defendants Approximately $7,236.00 in U.S.
5 Currency, Two (2) $1,000.00 MoneyGram International Money Orders
6 and Sixty Eight (68) one-ounce gold bars (hereafter "defendant
7 assets") were seized in the city of Galt, in Sacramento County,
8 California.  The Drug Enforcement Administration ("DEA")
9 published notice of the nonjudicial forfeiture of the defendant
10 Approximately $7,236.00 in U.S. Currency and the defendant Sixty
11 Eight (68) one-ounce gold bars on May 19, 26 and June 2, 2008 in
12 the Wall Street Journal.  The DEA published notice of the
13 nonjudicial forfeiture of the defendant Two (2) $1,000.00
14 MoneyGram International Money Orders on June 2, 9 and 16, 2008 in
15 the Wall Street Journal.
16  4.   Plaintiff proposes that publication be made as follows:
17       a.   One publication;
18       b.   In the following newspaper, a legal newspaper of
19 general circulation, located in the county in which the defendant
20 assets were seized: The Daily Recorder;
21       c.   The publication is to include the following:
22            (1)  The Court, title and number of the action;
23            (2)  The date of the arrest/seizure;
24            (3)  The identity and/or description of the
25 property arrested/seized;
26            (4)  The name, address, and telephone number of
27 the attorney for the Plaintiff;
28 /////

    (5) A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Clerk and served on the attorney for the Plaintiff within 30 days after the date of publication;

    (6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered;

    (7) A statement that applications for intervention under Fed. R. Civ. P., Rule 24 by persons claiming maritime liens or other interests shall be filed within the 30 days allowed for claims for possession; and

    (8) The name, address, and telephone number of the U.S. Marshal and/or Department of Treasury.

Dated: August 14, 2008   McGREGOR W. SCOTT
            United States Attorney


            /s/ Kristin S. Door
            KRISTIN S. DOOR
            Assistant United States Attorney


**ORDER**

 IT IS SO ORDERED.

DATED: August 21, 2008.

            _/s/ Dale A. Drozd_
            DALE A. DROZD
            UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/U.S.v.Approx$7,236.ord