```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8                 IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   2:08-cv-01905-JAM-DAD
                                 )
12         Plaintiff,            )   DEFAULT JUDGMENT AND FINAL
                                 )   JUDGMENT OF FORFEITURE
13       v.                      )
                                 )
14  APPROXIMATELY $7,236.00 IN   )
    U.S. CURRENCY,               )
15                               )
    TWO (2) $1,000.00 MONEYGRAM  )
16  INTERNATIONAL MONEY ORDERS,  )
    AND                          )
17                               )
    SIXTY EIGHT (68) ONE-OUNCE   )
18  GOLD BARS,                   )
                                 )
19         Defendant.            )
    _____)
20

21       This matter came on before the Honorable Magistrate Judge

22  Dale A. Drozd on plaintiff United States' ex parte motion for

23  default judgment.  There was no appearance by or on behalf of any

24  other person or entity claiming an interest in the defendant

25  assets to oppose plaintiff's motion.  The Magistrate Judge has

26  recommended that plaintiff's motion for default judgment be

27  granted.  Based on the Magistrate Judge's Findings and

28  Recommendations and the files and records of the Court, it is

                                   1
```

ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's Findings and Recommendations are adopted herein.

2. Chiam Chan Saeteurn and Muey Chio Saeteurn are held in default.

3. A judgment by default is hereby entered against any right, title or interest of Chiam Chan Saeteurn and Muey Chio Saeteurn in the defendant assets referenced in the above-caption.

4. A final judgment of forfeiture is hereby entered, forfeiting all right, title and interest in the defendant assets to the United States, to be disposed of according to law.

5. All parties shall bear their own costs and attorneys' fees.

SO ORDERED, this 26th day of March, 2009.

/s/ John A. Mendez
John A. Mendez
United States District Judge