UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**United States of America**

    v.

**Approximately $7,236.00 in US Currency et al.**

DEFAULT JUDGMENT

Case No. CIV S-08-1905-JAM-DAD

    **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants:

    **Chiam Chan Saeteurn and Muey Chio Saeteurn**

March 27, 2009

    VICTORIA C. MINOR, CLERK

    By: __/s/ K. Engbretson___
    K. Engbretson, Deputy Clerk